IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00549-GCM

RAPIDCOURT, LLC,

    Plaintiff,

v.

RLI INSURANCE COMPANY,

    Defendant.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Joseph A. Bailey III (Doc. No. 6).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Bailey is admitted to appear before this court *pro hac vice* on behalf of Defendant RLI Insurance Company.

**IT IS SO ORDERED.**

Signed: October 20, 2020

Graham C. Mullen
United States District Judge