UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:20-cv-00549

| | |
|---|---|
| RAPIDCOURT, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| RLI INSURANCE COMPANY, | ) |
| | ) |
| Defendant | ) |

**THIS MATTER IS BEFORE THE COURT** on the Parties' "Joint Motion to Partially Seal Defendant's Answer and Affirmative Defenses." Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS THEREFORE, ORDERED** that the Parties' "Joint Motion to Partially Seal Defendant's Answer and Affirmative Defenses" is **GRANTED**.

**IT IS FURTHER ORDERED** that the redacted publicly-available version of Defendant's Answer and Affirmative Defenses filed with the Parties' Joint Motion shall be entered in place of Defendant's current Answer and Affirmative Defenses [DE 8], and the information redacted from Defendant's Eighth and Ninth Affirmative Defenses relating to the settlement referenced therein shall be sealed permanently or until otherwise ordered.

Signed: December 10, 2020

Graham C. Mullen
United States District Judge